# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAUDE DUKES, JR, | ) |
|       *Petitioner* | ) ) ) |
| v. | )     Case No. CIV-19-822-D |
| WARDEN BIRD, | ) ) ) |
|       *Respondent*. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6] in its entirety. For the reasons stated therein, the Court finds Petitioner's Application to Proceed in Forma Pauperis [Doc. No. 5] is **DENIED**. Should Petitioner fail to pay the $5.00 filing fee to the Clerk of the Court within twenty-one (21) days of the issuance of this Order, this action shall be dismissed without prejudice to refiling, pursuant to LCvR3.3(e).

**IT IS SO ORDERED** this 12th day of November 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge